**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ERNEST TAYLOR,**

      **Plaintiff**

  **vs.**

                                   **Case No. 2:14-cv-0460**
                                   **MAGISTRATE JUDGE KING**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant**

<u>**ORDER**</u>

The parties' Joint Stipulation for Dismissal with Prejudice, ECF No. 23, is **GRANTED**.

This action is hereby **DISMISSED** with prejudice.


                                 <u>*s/ Norah McCann King*</u>
                                 **Norah McCann King**
                                 **United States Magistrate Judge**

**Date: June 23, 2021**